**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FULLSTORY, INC.,<br><br>Defendant. | Civil Case No. 2:22-cv-01246-MJH |

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kenneth Hasson hereby voluntarily dismisses this action with prejudice.

DATED: May 19, 2026

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch (PA 56887)
Kelly K. Iverson (PA 307175)
Jamisen A. Etzel (PA 311554)
Nicholas A. Colella (PA 332699)
Patrick D. Donathen (PA 330416)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com
patrick@lcllp.com

*Attorneys for Plaintiff Kenneth Hasson*

It is so ordered this 19th Day of May 2026.

Marilyn J. Horan
United States District Court